```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 03787
   THOMAS KENT
   ROSE A KENT                               CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9171     SSN XXX-XX-6624

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/02/2004 and was confirmed 04/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   52.31%.

     The case was paid in full 09/13/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
SUNTRUST MORTGAGE          CURRENT MORTG        .00            .00            .00
SUNTRUST MORTGAGE          SECURED NOT I        .00            .00            .00
FORD MOTOR CREDIT          SECURED         18165.17         677.29       18165.17
FORD MOTOR CREDIT          UNSECURED       NOT FILED          .00            .00
DAIMLER CHRYSLER FINANCI   SECURED         49057.78       14399.75       49057.78
INTERNAL REVENUE SERVICE   PRIORITY         7304.50            .00        7304.50
ROUNDUP FUNDING LLC        UNSECURED        4465.03            .00        2335.70
ROUNDUP FUNDING LLC        UNSECURED       10893.91            .00        5698.71
RESURGENT ACQUISITION LL   UNSECURED        7342.79            .00        3841.09
CITICORP MORTGAGE CO       UNSECURED        2395.60            .00        1253.16
DIRECT MERCHANTS CREDIT    UNSECURED        8214.34            .00        4297.00
DIRECT MERCHANTS CREDIT    UNSECURED        1091.41            .00         570.93
FIRST CONSUMERS NB         UNSECURED         566.77            .00         296.48
ECAST SETTLEMENT CORP      UNSECURED       13292.38            .00        6953.38
ECAST SETTLEMENT CORP      UNSECURED        1506.24            .00         787.93
PEOPLE MAGAZINE            UNSECURED       NOT FILED           .00            .00
SHERMAN ACQUISITION LLC    UNSECURED        5660.59            .00        2961.11
SHERMAN ACQUISITION LLC    UNSECURED        6628.25            .00        3467.30
ECAST SETTLEMENT CORP      UNSECURED        2436.54            .00        1274.58
SERVICE MASTER             UNSECURED        1846.66            .00         966.01
DAIMLER CHRYSLER FINANCI   UNSECURED OTH     179.99            .00          66.60
INTERNAL REVENUE SERVICE   UNSECURED OTH    9371.41            .00        4951.42
NEAL FELD                  DEBTOR ATTY     1,900.00                      1,900.00
TOM VAUGHN                 TRUSTEE                                       7,662.86
DEBTOR REFUND              REFUND                                        7,059.25

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE               145,948.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 03787 THOMAS KENT & ROSE A KENT

```
PRIORITY                                                        7,304.50
SECURED                                                        67,222.95
    INTEREST                                                   15,077.04
UNSECURED                                                      39,721.40
ADMINISTRATIVE                                                  1,900.00
TRUSTEE COMPENSATION                                            7,662.86
DEBTOR REFUND                                                   7,059.25
                                     ---------------      ---------------
TOTALS                                    145,948.00           145,948.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/03/08                           /s/ Tom Vaughn
                                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE